■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN ANTHONY, Appellant. [665 NYS2d 907] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McDonald, J.), rendered February 26, 1996, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not entitled to a jury charge on the question of agency. No reasonable view of the evidence would lead to the conclusion that the defendant was acting solely as an agent of the buyer (*see, People v Herring,* 83 NY2d 780). Furthermore, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Friedmann, Florio and McGinity, JJ., concur.